1  BENJAMIN B. WAGNER
   United States Attorney
2  OLUSERE OLOWOYEYE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | CASE NO. 2:14-CR-0199 JAM

12 |                      Plaintiff,     | STIPULATION REGARDING EXCLUDABLE
                                         | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |         v.                          | FINDINGS AND ORDER

14 | CARLOS CORTEZ, and                  | DATE: August 12, 2014
   | ISMAEL RAMERIZ,                     | TIME: 9:45 a.m.
15 |                                     | COURT: Hon. John A. Mendez
   |                      Defendants.    |
16

17
                              **STIPULATION**
18
       1.     By previous order, this matter was set for status on August 12, 2014.
19
       2.     By this stipulation, defendants now move to continue the status conference until
20
   September 16, 2014 at 9:30 a.m., and to exclude time between August 12, 2014, and September 16,
21
   2014 at 9:30 a.m., under Local Code T4.
22
       3.     The parties agree and stipulate, and request that the Court find the following:
23
       a)     The government has represented that the discovery associated with this case
24
   includes investigative reports, pictures and related materials. Most of this discovery has been
25
   either produced directly to counsel and/or made available for inspection and copying. The
26
   government anticipates that additional discovery will be provided over the next several weeks.
27
       b)     Counsel for defendants desire additional time to consult with their clients, conduct
28
   investigation and research related to the charges, to review and copy discovery for this matter, to

discuss potential resolutions with their clients, to prepare pretrial motions, and to otherwise prepare for trial.

    c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 12, 2014 to September 16, 2014 at 9:30 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 7, 2014                                        BENJAMIN B. WAGNER
                                                                                United States Attorney

                                                                                /s/ OLUSERE OLOWOYEYE
                                                                                OLUSERE OLOWOYEYE
                                                                                Assistant United States Attorney

Dated:  August 7, 2014                                          /s/ ERIN RADEKIN
                                                                                ERIN RADEKIN
                                                                                Counsel for Defendant
                                                                                ISMAEL RAMERIZ

Dated:  August 7, 2014                    /s/ DOUG BEEVERS
                                                                           DOUG BEEVERS
                                                                           Counsel for Defendant
                                                                           CARLOS CORTEZ

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 8th day of August,  2014

                                                                    /s/ John A. Mendez
                                                          THE HONORABLE JOHN A. MENDEZ
                                                          UNITED STATES DISTRICT COURT JUDGE