ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ISMAEL RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-CR-0199 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| | ) | |
| ISMAEL RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Olusere Olowoyeye, defendant, Carlos Cortez, by and through his counsel, Douglas Beevers, and defendant, Ismael Ramirez, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, September 16, 2014 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to November 18, 2014 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is to allow time for the defense to complete review of discovery and other defense preparation, and for the parties to engage in plea negotiations.  The Court is advised that Mr.

Stipulation and Order - 1

Olowoyeye concurs with this request and that he and Mr. Beevers have authorized Ms. Radekin to sign this stipulation on their behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until November 18, 2014 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: September 11, 2014               BENJAMIN WAGNER
                                        United States Attorney

                                   By:   /s/ Olusere Olowoyeye
                                        OLUSERE OLOWOYEYE
                                        Assistant United States Attorney

Dated: September 11, 2014                /s/ Douglas Beevers
                                        DOUGLAS BEEVERS
                                        Attorney for Defendant
                                        CAROLOS CORTEZ

Dated: September 11, 2014                /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        ISMAEL RAMIREZ

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of September 16, 2014 at 9:30 a.m. is VACATED and the above-captioned matter is set for status

conference on November 18, 2014 at 9:30 a.m.  The Court finds excludable time in this matter through November 18, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: September 12, 2014          /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   United States District Judge