HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
CARLOS CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:14-cr-199 JAM |
| ) | |
| Plaintiff, ) | AMENDED STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | DATE: January 6, 2015 |
| CARLOS CORTEZ, ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. John A. Mendez |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, OLUSERE OLOWOYEYE, Assistant United States Attorney, attorney for Plaintiff, DOUGLAS BEEVERS, attorney for defendant CARLOS CORTEZ, and ERIN RADEKIN, attorney for defendant ISMAEL RAMERIZ that the status conference hearing date of November 18, 2014 be vacated, and the matter be set for status conference on January 6, 2015 at 9:30 a.m.

The reason for this continuance is that counsel for defendant, CARLOS CORTEZ is currently in trial for another case (U.S. v Peel, 2:14-cr-192-GEB).

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 6, 2015 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Proposed Order      -1-

| | |
|---|---|
| Dated: November 14, 2014 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>CARLOS CORTEZ |
| Dated: November 14, 2014 | */s/ Douglas Beevers for*<br>ERIN RADEKIN<br>Attorney for Defendant<br>ISMAEL RAMIRIZ |
| Dated: November 14, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Douglas Beevers for*<br>OLUSERE OLOWOYEYE<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 18, 2014 status conference hearing be continued to January 6, 2015, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the January 6, 2015 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

**IT IS SO ORDERED.**

DATED: _11/14/2014                         /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ